**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/18/2025__

**Office of the New York State Attorney General**

**Letitia James Attorney General**

July 17, 2025

**BY ECF & E-Mail**
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Gelman v. Guinn**
      **1:25-cv-04948 (ALC)**

Dear Judge Carter:

This Office represents defendant Barbara C. Guinn ("Defendant"), sued in her official capacity as Commissioner of the New York State Office of Temporary and Disability Assistance ("OTDA"), in the above-referenced action. Pursuant to Rule 1(D) of Your Honor's Individual Practices, Defendant writes to respectfully request a first, brief extension of Defendant's time to answer or otherwise respond to the Complaint, ECF No. 1, to August 7, 2025.

Defendant was served with the Complaint on July 3, 2025; thus the date by which she must respond to the Complaint is currently July 24, 2025. This is Defendant's first request for an extension in this action. Plaintiffs consent to this request.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ *Yuval Rubinstein*
Yuval Rubinstein
Ihaab Syed
Assistant Attorneys General
yuval.rubinstein@ag.ny.gov
ihaab.syed@ag.ny.gov
**Attorneys for Defendant**

cc: Counsel of Record (by ECF)

Litigation Bureau | 28 Liberty Street | New York NY 10005
212-416-8567 | ag.ny.gov

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 18, 2025