**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------X**
**ANNA GELMAN, et al.,**

**Plaintiffs**

**- against -**

**25-cv-4948**
**ORDER**

**BARBARA C. GUINN,** *as Commissioner of the New York State Office of Temporary and Disability Assistance*,

**Respondents.**
**-------------------------------------------------------X**

Plaintiffs have filed a pre-motion conference in anticipation of their motion to file a supplemental complaint pursuant to FRCP 15(d). ECF No. 33. Plaintiffs indicate that Defendants do not oppose the request.

Plaintiffs' request for a pre-motion conference is DENIED. Plaintiffs may file a supplemental complaint by September 4, 2026. Any supplemental filings from Defendants in response are due by September 11, 2026. In their supplemental filings, the parties should indicate what information is disclosed as part of the alleged "skimming."

**SO ORDERED.**

**Dated:** **New York, New York**
**September 1, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**