LEGAL SERVICES NYC | BRONX

**BY ECF**

The Honorable Judge Andrew Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Gelman v. Guinn*, No. 25-cv-04948**

Dear Judge Carter:

I write respectfully to inform the Court that I will be leaving Bronx Legal Services on September 11, 2026. Accordingly, I request entry of an order terminating my appearance in this matter. My colleagues who have already entered a notice of appearance will continue to handle the case.

Respectfully submitted,

Alison Roberts
Staff Attorney
Bronx Legal Services
349 E 149th Street
10th Floor
Bronx, NY 10451