**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------X**
**ANNA GELMAN, et al.,**

**Plaintiffs**

**- against -**

**25-cv-4948**
**ORDER**

**BARBARA C. GUINN,** *as Commissioner of the New York State Office of Temporary and Disability Assistance*,

**Respondents.**
**-------------------------------------------------------X**
**ANDREW L. CARTER, JR., United States District Judge:**

The Court has issued an Order dismissing this matter without prejudice for lack of subject-matter jurisdiction. *See* ECF No. 40. Plaintiffs were not granted leave to amend.

The Court is aware that the New York Governor has announced plans for the New York State Office of Temporary and Disability Assistance to issue chip-based SNAP cards, which the Court understands may moot this case. *See* Press Release, Kathy Hochul, Governor, New York, Governor Hochul Announces New Chip-Based Benefit Cards for SNAP Recipients to Be Issued in Early 2027 (July 13, 2026), https://www.governor.ny.gov/news/governor-hochul-announces-new-chip-based-benefit-cards-snap-recipients-be-issued-early-2027.

The parties are **ORDERED** to submit a joint status report by October 13, 2026, indicating whether Plaintiffs seek to continue litigating in this venue.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 29, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**